| Official Form 1 (12/03) | United States Bankruptcy Court, District of Idaho | |
|---|---|---|
| Form B1 | **VOLUNTARY PETITION** | 2003 USBC District of Idaho |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Tinder, Sheila, Diane | Tinder, Charles, Rodney |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| Van Zant, Yarwood, Lewis | |

| Last 4 Digits of Soc. Sec. No./Complete EID or Tax I.D. No. (State all) | Last 4 Digits of Soc. Sec. No./Complete EID or Tax I.D. No. (State all) |
|---|---|
| ▉▉▉-5325 | ▉▉▉-5615 |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| 749 East 18th, Jerome, Idaho 83338 | 749 East 18th, Jerome, Idaho 83338 |

| County of Residence or of the Principal Place of Business: Jerome | County of Residence or of the Principal Place of Business: Jerome |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| N/A | N/A |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [✓] Individual (s) | [ ] Railroad | [✓] Chapter 7 | [ ] Chapter 11 | [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other _____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [✓] **Consumer/Non-Business**  [ ] **Business** | **Filing Fee (Check one box)** |
| | [ ] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | [✓] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101 | |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical / Administrative Information (Estimates only ) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | UNITED STATES COURT DISTRICT OF IDAHO  MAY 23 2005  ___ N. RICO ___ FILED |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-299 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $50 - $50,000 | $50,001- $100,000 | $100,001- $500,000 | $500,001- $1 million | $1,000,001 - $10 million | $10,000,001- $50 million | $50,000,001 $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 - $50,000 | $50,001- $100,000 | $100,001- $500,000 | $500,001- $1 million | $1,000,001- $10 million | $10,000,001- $50 million | $50,000,001 - $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Form B1, pg 2 ( 12/03) 2003 USBC District of Idaho

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sheila & Charles Tinder |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years   (If more than one, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed:   N/A | Case Number:   N/A | Date Filed:<br>N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:   N/A | Case Number:   N/A | Date Filed:<br>N/A |
| District:   N/A | Relationship:   N/A | Judge:   N/A |

## Signatures

**Signature(s) of Debtor(s) Individual/Joint**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petition is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor
    208-324-5882 or 208-404-2341
    Telephone Number (If not represented by attorney)
    May 10, 2005
    Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   N/A
    Signature of Authorized Individual
    N/A
    Printed Name of Authorized Individual

    Title of Authorized Individual

    Date

**Signature of Attorney**
X   N/A
    Signature of Attorney for Debtor(s)
    N/A
    Printed Name of Attorney for Debtor(s)

    Firm Name

    Address

    Telephone Number

    Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

    Printed Name of Bankruptcy Petition Preparer
    N/A
    Social Security Number

    Address

    Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
    Signature of Bankruptcy Petition Preparer
    N/A
    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
    Signature of Attorney for Debtor(s)          Date

Form 6                                                                                    2003 USBC, District of Idaho

# United States Bankruptcy Court

## District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|---|---|---|
| | Sheila and Charles Tinder 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 & 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  ■ Debtor. | (If Known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A- | Real Property | Yes | 1 ■ | $ 95000.00 | | |
| B- | Personal Property | Yes | 4 ■ | $ 9580.00 | | |
| C- | Property Claimed as Exempt | Yes | 1 ■ | | | |
| D- | Creditors Holding Secured Claims | Yes | 1 ■ | | $ 93000 | |
| E- | Creditors Holding Unsecured Priority Claims | Yes | 1 ■ | | $ 0 | |
| F- | Creditors Holding Unsecured Nonpriority | Yes | 9 ■ | | $ 97579.00 | |
| G- | Executory Contracts and Unexpired Leases | Yes | 1 ■ | | | |
| H- | Codebtors | Yes | 1 ■ | | | |
| I- | Current Income of Individual Debtor(s) | Yes | 1 ■ | | | $ 708.00 |
| J- | Current Expenditures of Individual Debtor(s) | Yes | 1 ■ | | | $ 1866.00 |
| | Total Number of Sheets of ALL Schedules ➤ | | 24 ■ | | | |
| | Total Assets ➤ | | | $ 104580.00 | | |
| | Total Liabilities ➤ | | | | $ 190579.00 | |

Form 6 - Schedules                                                    2003 USBC, District of Idaho

Schedule A   -   **Real Property**

Schedule B   -   **Personal Property**

Schedule C   -   **Property Claimed as Exempt**

Schedule D   -   **Creditors Holding Secured Claims**

Schedule E   -   **Creditors Holding Unsecured Priority Claims**

Schedule F   -   **Creditors Holding Unsecured Nonpriority Claims**

Schedule G   -   **Executory Contracts and Unexpired Leases**

Schedule H   -   **Codebtors**

Schedule I   -   **Current Income of Individual Debtor(s)**

Schedule J   -   **Current Expenditures of Individual Debtor(s)**

## Unsworn Declaration under Penalty of Perjury

**General Instructions:  The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.**

**Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.**

**Review the specific instructions for each schedule before completing the schedule.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | ) |
| SHEILA DIANE TINDER and | ) |
| CHARLES RODNEY TINDER, | ) |
| | ) **CASE No.** _____ |
| f.k.a. Sheila Lewis, Van Zant & Yarwood | ) |
| 749 East 18th, Jerome, Idaho 83338 | ) **CHAPTER 7** |
| | ) |
| SS# 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 and 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 | ) **SCHEDULES** |
| | ) |
| **DEBTORS.** | ) |
| | ) |

Form 6A                                                                                                                    2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|-------|---------------|--------------|
|       | Sheila and Charles Tinder 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 & 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 Debtor. | (If Known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G -Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home and real property - located at 749 East 18th, Jerome, Idaho | Fee Simple Subject to lien | wife | $95,000 | $ 93,000 |
|  |  | community | $ | $ |
|  |  | husband | $ | $ |
|  |  | joint | $ | $ |
|  |  | community | $ | $ |
|  |  | Total | $      95,000 | |

**(Report also on Summary of Schedules.)**

Form 6B

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|---|---|---|
| | Sheila and Charles Tinder 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 & 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 ▣ Debtor. | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | none | | community | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | yes | Checking Account - #153453778992 U.S. Bank, Milpitas, California | wife | -191 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | yes | City of Jerome Water and Idaho Power Deposits | wife | 60 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | yes | See Attached List | community | 1170 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | yes | See Attached List | community | 140 |
| 6. | Wearing apparel. | yes | miscellaneous clothes | community | 300 |
| 7. | Furs and jewelry. | yes | wedding ring and necklaces, mother's ring | wife | 300 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | yes | lumix digital camera | community | 40 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | none | | wife | 0 |
| 10 | Annuities. Itemize and name each issuer. | none | | husband | 0 |

Form 6B - Continued                                                                  2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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 ■ **Debtor.** | | | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | yes | Sep Ira Equitrust Financial Services | wife | $ 35 |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | none | | community | $0 |
| 13. | Interests in partnerships or joint ventures. Itemize. | none | | community | $ 0 |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | none | | community | $ 0 |
| 15. | Accounts receivable. | none | | community | $ 0 |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | yes | child support - arrearages and current | wife | $ 572 |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | yes | tax refund after fees | community | $ 54 |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form 6A.) | none | | community | $ 0 |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | none | | community | $0 |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | yes | pending work comp & labor board | wife | $5,000 |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | none | | community | $0 |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | none | | wife | $ 0 |

Form 6B - Continued                                                              2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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 | ■ Debtor. | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | yes | 99 Chevy Monte Carlo | wife | $ 1800 |
| 24. | Boats, motors, and accessories. | none | | community | $ 0 |
| 25. | Aircraft and accessories. | none | | husband | $ 0 |
| 26. | Office equipment, furnishings, and supplies. | yes | transcription machine, miscellaneous paperclips, hole punches, stapler, etc... | wife | $ 100 |
| 27. | Machinery, fixtures, equipment and supplies used in business. | yes | Miscellaneous tools | community | $ 150 |
| 28. | Inventory. | none | | community | $ 0 |
| 29. | Animals. | yes | chiuahua and terrier cross dogs | community | $ 50 |
| 30. | Crops - growing or harvested. Give particulars. | none | | joint | $ 0 |
| 31. | Farming equipment and implements. | none | | community | $ 0 |
| 32. | Farm supplies, chemicals, and feed. | none | | wife | $ 0 |
| 33. | Other personal property of any kind not already listed. Itemize. | none | | community | $ 0 |

1 ■ continuation sheets attached

$ 9580

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

In Re:    Sheila & Charles Tinder      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 & 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        Case #_____
                                                                        Chapter 7

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)
### (attachment)

## #4 Continued

| | |
|---|---|
| All bedroom furniture, bedroom knick knacks & Miscellaneous Linens | $400 |
| Kitchen furniture and appliances (table, chairs, fridge, microwave, stove dishwasher, miscellaneous pots, pans & utensils) | $190 |
| Livingroom furniture, tables, throw rugs, curtains | $200 |
| Home Stereo | $30 |
| Two Televisions (one is sons), DVD player & VCR, tapes | $100 |

## #5 Continued

| | |
|---|---|
| Computer & Stand | $200 |
| Computer printer, accessories & software | $100 |
| Miscellaneous pictures and wall hanging, curtains & mirrors | $50 |
| Two Antique Dolls (great grandma's) | $50 |
| Antique doll tea set (grandma's) | $10 |
| Miscellaneous Burned CD's, CD's & DVDs | $20 |
| Miscellaneous Knick Knacks | $20 |

## ALL LOCATED AT 749 EAST 18TH, JEROME, IDAHO 83338



Form 6C                                                                              2003 USBC, District of Idaho

| In re | **(SHORT TITLE)** | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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 | ☒ Debtor. | | (If Known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemption to which debtor is entitled under**

**(Check one box)**

☐ **11 U.S.C. § 522(b)(1)  Exemptions provided in 11 U.S.C. § 522(d).  Note: These exemptions are available only in certain states.**

☑ **11 U.S.C. § 522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1999 Chevy Monte Carlo | I.C. 11- 605(3) | $ 1800 | $ 1800 |
| Home and real property located at 749 East 18th Jerome Idaho 83338 | I.C. 55-1003 | $ 50,000 | $ 95,000 |
| Property on Schedule B #4,5, 26, 27 (Household Furniture & Appliances, tools, equipment, computer) | I.C. 11-605(1)(a) | $ 1,560 | $ 1,560 |
| Clothing | I.C. 11-605(1)(b) | $ 300 | $ 300 |
| Jewelry | I.C. 11-605(2) | $ 300 | $ 300 |
| Child Support | I.C. 11-604 | $572 | $572 |
| Settlement's Pending from Work Comp and Labor Board - value not yet determined by court | I.C. 11-604 | $ 5000 | $ 5000 |

Form 6D                                                                                    2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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  ☒ **Debtor.** | | (If Known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deed of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. 683 ☒<br><br>Wells Fargo Home Mortgage<br>PO Box 73777<br>Denver, CO 80217-3777 | ☐ | W | 2003, Mortgage, single family residence located at 749 East 18th, Jerome, Idaho 83338<br><br>**Value $** 95,000 | ☐ | ☐ | ☒ | 63,000 | none |
| LAST 4 DIGITS OF ACCOUNT NO. 260 ☒<br><br>Countrywide Mail Stop SV-34<br>450 American Street<br>Simi Valley CA 93065 | ☐ | W | Home Equity Line of Credit 2003 residence located at 749 East 18th, Jerome, Idaho 83338<br><br>**Value $** 95,000 | ☐ | ☐ | ☒ | 30,000 | unknown |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br><br> | ☐ | | <br><br>**Value $** | ☐ | ☐ | ☐ | | |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br><br> | ☐ | | <br><br>**Value $** | ☐ | ☐ | ☐ | | |

_0_ **Continuation sheets attached**

| | | |
|---|---|---|
| **Subtotal** ➤ | | **$ 93,000** |
| **(Total of this page)** **Total** ➤<br>**(Use only last page)** | | **$ 93,000** |

(Report total also on Summary of Schedules)

Form 6E

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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  ☒ **Debtor.** | | (If Known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals:** Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support*:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in  11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ **continuation sheets attached**

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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  ☒ **Debtor.** | | (If Known) |

Form 6F                                                                    2003 USBC, District of Idaho

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 0873 ☐ | ☐ | | Approximately June 2004 | ☐ | ☐ | ☒ | $ 197 |
| BMG Music PO Box 1234 Elmsford NY 10523-0934 | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. N342 ☐ | ☐ | W | Unknown Debt | ☐ | ☐ | ☒ | $ 20.30 |
| SourceCorp PO Box 1225 St Cloud MN 56302 | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. 4535 ☐ | ☐ | w | Approximately 2001 | ☐ | ☐ | ☒ | $ 292.45 |
| Action Collection 280 Blue Lakes Blvd N Twin Falls ID 83301 | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. 0001 ☐ | ☐ | w | Approximately August 2004 | ☐ | ☐ | ☐ | $ 95 |
| American Medical Response PO Box 3429 MOdesto Ca 95353 | | | | | | | |
| | | | | | Subtotal ➤ | | $ 605 ☐ |
| | | | | | Total ➤ | | $ 605 ☐ |

8 ☐ continuation sheets attached

(Report total also on Summary of Schedules)

---

Form 6H                                                                    2003 USBC, District of Idaho

| In re | (SHORT TITLE) Sheila and Charles Tinder 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 & 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 | Case Number: (If Known) |
|---|---|---|

Debtor.

Form 6F - Continued                                                      2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.    5181<br><br>Idaho Power | | c | Approximately December to May 2005 | | | | $ 300 |
| LAST FOUR DIGITS OF ACCOUNT NO.    2804<br><br>Cable One<br>261 Eastland Drive<br>Twin Falls Id 83301 | | c | Approximately December to May 2005 | | | | $ 250 |
| LAST FOUR DIGITS OF ACCOUNT NO.    0535<br><br>SBC<br>Payment Center<br>Sacramento CA 95887-0001 | | c | Approximately November 2004 | | | | $ 37 |
| LAST FOUR DIGITS OF ACCOUNT NO.    797R<br><br>Qwest<br>Payment Center<br>Denver CO 80244-0001 | | c | Approximately December to May 2005 | | | X | $ 622 |
| LAST FOUR DIGITS OF ACCOUNT NO.    8152<br><br>SCVMC<br>PO Box 5280<br>San Jose CA 95150 | X | H | Approximately 2003 to November 2004 | | | | $ 1291 |

Sheet no. __2__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 2500

(Total of this page)
Total ➤ | $ 2500
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F - Continued                                                   2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| | Sheila and Charles Tinder | | |
| | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.    7485<br><br>Discover<br>PO Box 979013<br>Miami FL 33197 | | w | Approximately 2000 to 2003 | | | | $ 6274 |
| LAST FOUR DIGITS OF ACCOUNT NO.    3849<br><br>HOusehold Credit<br>PO Box 60102<br>City of Industry Ca 91716 | | W | Approximately 1998 to 2003 | | | | $7796 |
| LAST FOUR DIGITS OF ACCOUNT NO.    9223<br><br>Citicard<br>PO Box 6405<br>The Lakes NV 88901 | | W | Approximately 1998 to 2003 | | | | $ 19513 |
| LAST FOUR DIGITS OF ACCOUNT NO.    9432<br><br>Citicard<br>PO Box 6405<br>The Lakes NV 88901 | | W | Approximately 2000 to 2003 | | | | $5000 |
| LAST FOUR DIGITS OF ACCOUNT NO.    7403<br><br>First National Bank of Marin<br>PO Box 80015<br>Los Angeles CA 90080 | | W | Approximately 2003 to  2004 | | | | 766 |

Sheet no. ___3___ of ___9___ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ 39349

(Total of this page)
Total
(Use only on last page of the completed Schedule F)  ➤  | $ 39349

(Report total also on Summary of Schedules)

**Form 6F - Continued**                                                      **2003 USBC, District of Idaho**

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| Sheila and Charles Tinder | **Debtor.** | | **(If Known)** |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.  2966<br><br>First Premier Bank<br>PO Box 5519<br>Sioux Falls SD 57117 | | W | Approximately 2003 to 2004 | | | | $ 793 |
| LAST FOUR DIGITS OF ACCOUNT NO.  5250<br><br>Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles Ca 90030 | | W | Approximately 1998 to 2003 | | | | $4235 |
| LAST FOUR DIGITS OF ACCOUNT NO.  1275<br><br>Capital One<br>PO Box 85051<br>Richmond VA 23285-5051 | | W | Approximately 2003 to 2004 | | | | $285 |
| LAST FOUR DIGITS OF ACCOUNT NO.  9345<br><br>Capital One<br>PO Box 85051<br>Richmond VA 23285-5051 | | W | Approximately 2003 to 2004 | | | | $390 |
| LAST FOUR DIGITS OF ACCOUNT NO.  8304<br><br>Capital One<br>PO Box 85051<br>Richmond VA 23285-5051 | | W | Approximately 2003 to  2004 | | | | $377 |

Subtotal ➤ | $ 6080

Sheet no. __4__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤ | $ 6080
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F - Continued                                                        2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: | |
|---|---|---|---|
| Sheila and Charles Tinder | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **LAST FOUR DIGITS OF ACCOUNT NO.** 2659<br><br>D.O.R.<br>PO Box 1897<br>San Jose Ca 95109 | | W | Approximately 2003 to 2004 | | | X | $ 793 |
| **LAST FOUR DIGITS OF ACCOUNT NO.** 8346<br><br>Chase<br>PO Box 909020<br>Miami FL 33197 | | W | Approximately 1997 to 2003 | | | | $13046 |
| **LAST FOUR DIGITS OF ACCOUNT NO.** 4665<br><br>MBNA<br>PO Box 979266<br>MIami FL 33197 | | W | Approximately 1999 to 2003 | | | | $9180 |
| **LAST FOUR DIGITS OF ACCOUNT NO.** 8186<br><br>Providian<br>PO Box 9139<br>Pleasanton CA 94566 | | W | Approximately 2002 to 2004 | | | | $3556 |
| **LAST FOUR DIGITS OF ACCOUNT NO.** 1005<br><br>American Express<br>PO Box 360002<br>Ft Lauderdale FL 33336 | | W | Approximately 2000 to 2003 | | | | $14131 |

|  | Subtotal ➤ | $ 40706 |

Sheet no. __5__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤  $ 40706
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F - Continued

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|-------|---------------|--------------|
| Sheila and Charles Tinder | Debtor. | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.    7727<br><br>Earthlink<br>PO Box 530530<br>Atlanta GA 30353 | | w | Approximately 2002 to 2004 | | | X | $74 |
| LAST FOUR DIGITS OF ACCOUNT NO.    lew<br><br>Tom Kershaw<br>PO Box 2497<br>Twin Falls ID 83303 | | W | Approximately 2002 to 2003 | | | | $557 |
| LAST FOUR DIGITS OF ACCOUNT NO.    8074<br><br>Doubleday Book Club<br>PO Box 6375<br>Camp Hill PA 17012 | | C | Approximately May 2004 | | | X | $500 |
| LAST FOUR DIGITS OF ACCOUNT NO.    9371<br><br>Chevron<br>PO Box 2001<br>Concord Ca 94529 | | W | Approximately 2002 to 2004 | | | | $447 |
| LAST FOUR DIGITS OF ACCOUNT NO.    4477<br><br>Target National Bank<br>PO Box 59280<br>Minneapolis MN 55459 | | W | Approximately 2002 to 2004 | | | | $637 |

|  | Subtotal ➤ | $ 2215 |
|---|---|---|

Sheet no. ___6___ of ___9___ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤    $ 2215
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F - Continued

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.    6904<br><br>First Electronic Bank<br>PO Box 760<br>Draper UT 84020 | | W | Approximately 2002 to 2004 | | | | $3219 |
| LAST FOUR DIGITS OF ACCOUNT NO.    7431<br><br>Quest Diagnostics<br>PO Box 79164<br>Phoenix AZ 85062 | | W | Approximately 2003 to 2004 | ☒ | | ☒ | $667 |
| LAST FOUR DIGITS OF ACCOUNT NO.    8011<br><br>Los Gatos Physicians<br>PO Box 1287<br>Los Gatos Ca 95030 | | C | Approximately January 2003 | | | | $15 |
| LAST FOUR DIGITS OF ACCOUNT NO.    3442<br><br>MVRMC<br>PO Box 409<br>Twin Falls ID 83303 | | W | Approximately March 2005 | | | | $500 |
| LAST FOUR DIGITS OF ACCOUNT NO.    3893<br><br>Hollingshead Eye Center<br>360 E Mallard Dr 125<br>Boise ID 83706 | | W | Approximately March 2005 | | | | $55 |

Subtotal ➤    $ 4456

Sheet no. 7 of 9 sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤    $ 4456
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F – Continued

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| Sheila and Charles Tinder | | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 8007<br><br>City of Jerome<br>152 E Avenue A<br>Jerome ID 83338 | | W | April 2005 | | | | $41 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>Idaho Title Loans<br>536 Blue Lakes Blvd N<br>Twin Falls Id 83301 | | c | Approximately February 2005 | | | | $469 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1764<br><br>AAA Quick cash LTD<br>1039 Blue Lakes Blvd N<br>Twin Falls ID 83301 | | C | Approximately January 2005 | | | | $354 |
| LAST FOUR DIGITS OF ACCOUNT NO. 3442<br><br>Farmers Insurance<br>West Main<br>Jerome ID 83338 | | W | Approximately April 2005 | | | | $145 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>Ebay<br>Online Store In My Name for Bill Jones<br>www.ebay.com | X | | March 2005 to present | | | | $450 |

Subtotal ➤ $ 1459

Sheet no. 8 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)
Total ➤ $ 1459
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Form 6F - Continued                                                        2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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 | ■ Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.    144G<br><br>Rocelle Maliski<br>424 E Calaveras<br>Milpitas Ca 95035 | | w | 5/04 | | | X | $209 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>Blitz Medical Group<br>25 N 14th Suite 960<br>San Jose CA 95112 | | w | 2003 to 2004 Work Comp Case<br>Amount unknown | X | | | |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>St. Benedicts Hospital<br>709 North Lincoln<br>Jerome, Idaho 83338 | | c | February 2005 - amount unknown | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br> | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br> | | | | | | | |
| | | | Subtotal ➤ | | | | $ 209 ■ |

Sheet no. ___9___ of ___9___ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F)

$ 209 ■

(Report total also on Summary of Schedules)

Form 6G                                                                    2003 USBC, District of Idaho

| In re | (SHORT TITLE) | | Case Number: | |
|---|---|---|---|---|
| | Sheila and Charles Tinder 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 & 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 | ☐ Debtor. | | (If Known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

   State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

   Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Form 6H                                                                    2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|-------|---------------|--------------|
| | Sheila and Charles Tinder 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 & 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 | (If Known) |
| | Debtor. | |

# SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
| Bill Jones<br>315 East Wilson<br>Eden Idaho<br><br>Ebay Store to sell in Debtor's name | eBay Inc.<br>2145 Hamilton Avenue<br>San Jose, California 95125 |

Form 6I                                                                                                          2003 USBC, District of Idaho

| In re | **(SHORT TITLE)** | **Case Number:** | |
|-------|-------------------|------------------|---|
| | Sheila and Charles Tinder 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 & 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   ☑ **Debtor.** | | **(If Known)** |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| **Debtor's Marital Status:**<br>Married | **DEPENDENT'S OF DEBTOR AND SPOUSE** | | | |
|---|---|---|---|---|
| | **RELATIONSHIP OF DEPENDENTS**<br>Justin Lewis - son    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   ☑ | | **AGE**<br>16   ☑ | |
| | **EMPLOYMENT:** | | | |
| | **DEBTOR** | | **SPOUSE** | |
| **Occupation** | Disabled | | Handyman | |
| **Name of Employer** | Not Applicable   ☑ | | Labor Ready | |
| **How Long Employed** | Not Applicable | | As needed | |
| **Address of Employer** | Not Applicable | | Blue Lakes Blvd, Twin Falls Id | |

| Income: (Estimate of average monthly income) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0 | $ 140 |
| Estimated monthly overtime | $ 0 | $ 0 |
| **SUBTOTAL** | $ 0 | $ 116 |
| **Less Payroll Deductions**<br> a.   Payroll taxes and social security | $ o | $ 24 |
| b.   Insurance | $ o | $ 0 |
| c.   Union dues | $ o | $ o |
| d.   Other (specify) _____ | $ o | $ o |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ o | $ 24 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 0 | $ 116 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Income from real property | $ -0 | $ 0 |
| Interest from real property | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 592 | $ 0 |
| Social security or other government assistance (Specify) _____ Appeal in Process | $ 0 | $ 0 |
| Pension or retirement income | $ 0 | $ 0 |
| Other monthly income<br>(Specify) _____ assisting gentleman sell stuff on ebay - rec. 0 so far | $ 0 | $ 0 |
| **TOTAL MONTHLY INCOME** | $ 592 | $ 116 |
| **TOTAL COMBINED MONTHLY INCOME $_____ 708** | **(Report also on Summary of Schedules)** | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

Form 6J                                                                2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|---|---|---|
| | Sheila and Charles Tinder 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 & 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   ☒ Debtor. | (If Known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)                    $ 672

Are real estate taxes included?        Yes ☑      No ☐
Is property insurance included        Yes ☑      No ☐
Utilities Electricity and heating fuel
    Water and sewer                                                                $ 45
    Telephone                                                                      $ 100
    Other___IDAHO POWER_____   $ 100
Home Maintenance (Repairs and Upkeep)                                               $ 50
Food                                                                                $ 200
Clothing                                                                            $ 50
Laundry and dry cleaning                                                            $ 10
Medical and dental expenses                                                         $ 200
Transportation (not including car payments)                                         $ 100
Recreation, clubs and entertainment, newspapers, magazines, etc.                    $ 20
Charitable contributions                                                            $ 0
Insurance (not deducted from wages or included in home mortgage payments)           $ 0
    Homeowner's or renter's                                                    $ 0
    Life                                                                       $ 26
    Health                                                                     $ 98
    Auto                                                                       $ 145
    Other_____   $ 0
Taxes (not deducted from wages or included in home mortgage payments)               $ 0
(Specify)_____   $ 0
Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the   $ 0
    Auto                                                                       $ 0
    Other_____   $ 0
    Other_____   $ 0
Alimony, maintenance, and support paid to others                                    $ 0
Payments for support of additional dependents not living at your home               $ 50
Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ 0
Other_____   $ 0

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $ 1866

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A.  Total projected monthly income                                       $_____
B.  Total projected monthly expenses                                     $_____
C.  Excess income (A minus B)                                            $_____
D.  Total amount to be paid into plan each _____   $_____
                                      (interval)

Form 6J - Continued

2003 USBC, District of Idaho

| In re | (SHORT TITLE) | Case Number: |
|---|---|---|
| | Sheila and Charles Tinder 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 & 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 | |
| | ☒ Debtor. | (If Known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1)

Date_____ May 10, 2005 _____    Signature _____
Debtor

Date_____ May 10, 2005 _____    Signature _C. Rodney Tinder____
(Joint Debtor, if any)

[If joint case, both spouses must sign]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____N/A_____          _____N/A_____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____N/A_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____N/A_____          _____N/A_____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____N/A_____ [the president or other officer or an authorized agent of the corporation or member or an authorized agent

of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that

I have read the foregoing summary and schedules, consisting of _____N/A____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____N/A_____          Signature _____N/A_____
_____N/A_____
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

| In Re: Sheila and Charles Tinder | Case Number: |
|---|---|

## STATEMENT OF FINANCIAL AFFAIRS

**This statement is to be completed by every debtor.** Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## Definitions

"**In business.**" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 per cent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"**Insider.**" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 per cent or more of the voting or equity securities of a corporation and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.
11 U.S.C. § 101.

---

### 1. Income from employment or operation of business          None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (If more than one) |
|---|---|
| 250 | Charles Wages 2005 |
| 664 | Charles Wages 2004 |
| 37396 | Sheila Wages 2003 |

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

## 2. Income other than from employment or operation of business    None ☐

State the amount of income received by the debtor other from employment, trade, or profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $ 8010 | $ SDI Disability 2005 |
| $ 22851 | $ 1110 unemployment 03', $21741 unemployment and SDI disability 04' |

## 3. Payments to creditors    None ☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made **within 90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| $ | $ | $ | $ |

None ☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insider. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| $ | $ | $ | $ |
| | | $ | $ |

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| VanZant v. Stone SJO 0243687 | Work Comp Appeal | State Calif. Appeals Board | Pending |
| Lewis v. Stone 12-56077 RG | Labor Board Complaint | Labor Comm. San Jose Calif. | Hearing June 21, 2005 |

None ☑

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| State of California, Santa Clara County Party Unknown | 2005 | Garnishment - $30 approximately |

➕

**5.    Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

### 6. Assignments and receiverships

None ✓

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ✓

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT / CASE NUMBER AND TITLE | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ✓

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

**8. Losses**                                                    None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | Lost when Uhaul broke down in storm. No insurance filed - Loss noticed weeks later after unpacking. | 1/6/05 approximately |

---

**9. Payments related to debt counseling or bankruptcy**          None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**                                          None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE AND RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND LAST FOUR DIGITS OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo Bank po Box 6995 Portland OR 97228-6995 | 3683 final balance $0 | unknown closed by bank 2004 |

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | $ |
| | | $ |

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Bill Jones 315 East Wilson Eden Idaho | Antiques, Wall hangings, Chairs, Reading material - $1,000 | 749 East 18th, Jerome, Idaho |

### 15. Prior address of debtor

None ☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 605 Printy Avenue Milpitas California 95035 | Charles and Sheila Tinder fka Lewis | Off and On November 2002 to December 2004 |

### 16. Spouses and former spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the **six-year period** immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Edgar Dean Lewis (divorced 12/24/99) and Dennis Kim Yarwood (divorced resided until 2002) former spouses of Sheila Tinder

### 17. Environmental Information

For the purpose of this question, the following definitions apply;

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

"Site" means any location, facility, or property as defined by an environmental law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substances, toxic substance, hazardous material, pollutant, or contaminant or similar term under an environmental law.

None ✔

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an environmental law. Indicate the governmental unit, date of the notice and, if known, the environmental law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ✔

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of hazardous material. Indicate the governmental unit to which notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATES OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ✔

c.  List all judicial or administrative proceedings, including settlements or orders under any environmental law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18. Nature, location and name of business                                        None ✔

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

a.  If the debtor is an individual, list the names and addresses, taxpayer identification numbers,
    nature of the business and beginning and ending dates of all businesses in which the debtor
    was an officer, director, partner, or managing executive of a corporation, partnership, sole
    proprietorship, or was a self-employed professional within the **six years** immediately preceding
    the commencement of this case, or in which the debtor owned 5 percent or more of the voting
    or equity securities within the **six years** immediately preceding the commencement of this
    case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification
    numbers, nature of the business and beginning and ending dates of all
    businesses in which the debtor was a partner or owned 5 percent or more of the
    voting or equity securities, within the **six years** immediately preceding the
    commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification
    numbers, nature of the business and beginning and ending dates of all
    businesses in which the debtor was a partner or owned 5 percent or more of the
    voting or equity securities within the **six years** immediately preceding the
    commencement of this case.

| NAME | TAX PAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------------------------|---------|---------------------|-----------------------------|
|      |                        |         |                     |                             |

None ✓

b.  Identify any business listed in response to subdivision a. (above) that is "single asset real estate"
    as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **six years** immediately preceding the commencement of this case. A debtor who has not been in business within those **six years** should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ✔

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME                      ADDRESS                      DATES SERVICES
                                                       RENDERED

---

None ✔

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                      DATES SERVICES
                                                       RENDERED

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession
of the books of account and records of the debtor.  If any of the books of account and records are
not available, please explain.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to
whom a financial statement was issued within the **two years** immediately preceding the
commencement of this case by the debtor.

| NAME | ADDRESS | DATE ISSUED |
|------|---------|-------------|

## 20. Books, records and financial statements

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| | | $ |

None ☑

b.  List the name and address of the person having possession of the records of each of the two
inventories reported in a. (above).

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

## 21. Current partners, officers, directors and shareholders

None ✓

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member
of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ✓

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder
who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity
securities of the corporation.

NAME AND ADDRESS          TITLE               NATURE AND PERCENTAGE OF
STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None ✓

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year
immediately preceding the commencement of this case

NAME                    ADDRESS             DATE OF WITHDRAWAL

None ✓

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within one year immediately preceding the commencement of this case.

NAME        ADDRESS             TITLE       DATE OF TERMINATION

Sheila & Charles Tinder 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 & 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

Form 7 - Statement of Financial Affairs
12/03

### 23. Withdrawals from a partnership or distributions by a corporation

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

None ✔

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year** period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### 25. Pension Funds

None ✔

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year** period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

\*\*\*\*\*\*

in re
Case 05-41118-JDP   Doc 1   Filed 05/23/05   Entered 05/24/05 14:46:21   Desc Main
(SHORT TITLE) Document   Page 41 of 43 Case Number:

Sheila & Charles Tinder 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 & 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   Debtor.                    (If Known)

Form 7 - Statement of Financial Affairs
12/03

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March 10, 2005                    Signature of _____
                                        Debtor

Date  March 10, 2005                    Signature of _____
                                        Joint Debtor (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____          Signature  _____

                                        _____
                                        Printed Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  U.S.C. 18 § 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                 _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X  _____               _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 156.*

Form 8 Statement of Intention
Chapter 7 - (12/03)

2003 USBC District of Idaho

# United States Bankruptcy Court
# District of Idaho

| | | |
|---|---|---|
| **In re** Sheila Diane Tinder and Charles Rodney Tinder | ) ) ) ) ) ) ) ) | **Case No.** **Chapter 7** |
| **Debtor(s)** 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 and 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 | ) | |

UNITED STATES COUR
DISTRICT OF IDAHO

23 2005

M. RECD
LODGED _____ FILED

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts.

    a.    *Property to Be Surrendered.*

| **Description of Property** | **Creditor's Name** |
|---|---|
| 1. _____ None _____ | _____ |
| 2. _____ None _____ | _____ |
| 3. _____ None _____ | _____ |

    b.    *Property to Be Retained.*    *[Check applicable statement]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 749 East 18th Jerome Idaho 83338 | Wells Fargo Mortgage | ✓ | | ✓ |
| 749 East 18th Jerome, Idaho 83338 | Countrywide | ✓ | | ✓ |

Date: March 10, 2005

Signature of Debtor

*Note:  Rule 1007(b)(2) requires debtor to serve a copy of the Statement of Intentions on the trustee and all creditors named in the statement.  In a joint case, if the property and debts of both debtors are the same, the form may be adapted for joint use.  If joint debtors have separate debts, however, each debtor must use a separate form.*

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, for compensation,  and that I have provided the debtor with a copy of this document.

    N/A                 N/A

Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.

    N/A

    N/A

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate OFFICIAL form FOR EACH PERSON.

x_____ N/A _____          N/A

  Signature of Bankruptcy Petition Preparer         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

**Form 201**                                                                                              2003 USBC District of Idaho

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefor, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $15 trustee fee plus $39 administrative Fee) ($ 209 total)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee ) ($839 total)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee plus $39 administrative Fee ) ($239 total)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### Chapter 13: Repayment of all or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee) ( $194 total)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**To determine which chapter to file under, it is recommended that you consult an attorney.**

CAMERON S. BURKE
Clerk of Court